Patrick E. Martin
Name

P.O. Box 107

Ellsworth, KS 67439
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Patrick E. Martin, Plaintiff
(Full Name)

V.

Dan Schnurr, Defendant(s)

Et al

CASE NO. 25-3049-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Patrick E. Martin, is a citizen of Kansas
   (Plaintiff)                              (State)

   who presently resides at Ellsworth Correctional Facility, P.O. Box 107,
                                    (Mailing address or place
   Ellsworth, KS, 67439.
   of confinement.)

2) Defendant Dan Schnurr is a citizen of
             (Name of first defendant)

   Hutchinson, Kansas, and is employed as
         (City, State)

   Warden of Hutchinson Correctional Facility. At the time the
         (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

   As Warden, Defendant Schnurr is ultimately responsible

   for making all decisions concerning the safety and security

   of the Facility, and all residents therein.

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant __Misty Kroeker__ is a citizen of
(Name of second defendant)

__Hutchinson, Kansas__, and is employed as
(City, state)

__Deputy Warden of Hutchinson Correctional__. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☑ No ☐ . If your answer is "Yes", briefly explain:

As Deputy Warden, Defendant Kroeker has a specific duty to make decisions regarding the safety and security of HCF and the residents therein

(Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

The court has supplemental jurisdiction over the Plaintiffs state law tort claims under 28 U.S.C. 1367

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

On March 26th, 2023 at approximately 6:05 am, I was viciously and maliciously stabbed by inmate Dawson Slater 16 times in my upper back, left shoulder and right leg. Inmate Dawson Slater had stabbed 2 other inmates prior to me and each time was released back into HCF gen. pop. by defendants Schnurr, Kroeker, Allen and Bell. I tried several times to redress my grievance of this issue and each time was thwarted by defendants Smith and Gillespie.

Attachment to page 2

4. Defendant Elizabeth Allen is a citizen of Hutchinson Kansas, and is employed as EAI SAS at Hutchinson Correction Facility. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes

As EAI SAS, Defendant Allen has a specific duty to provide for the safety and security of HCF and residents therein

5. Defendant Jeremy Bell is a citizen of Hutchinson Kansas, and is employed as Major/Chief of Security at Hutchinson Correctional Facility. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes

As Major, Defendant Bell has a specific duty to provide for the safety and security of HCF and residents therein.

6. Defendant Stacie Gillespie is a citizen of Hutchinson Kansas, and is employed as a Corrections Counselor III at Hutchinson Correctional Facility. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes

As CC III, Defendant Gillespie has a duty to assist residents of HCF in the redress of their grievances

Attachment to page 2

7. Defendant Scott Smith is a citizen of Hutchinson Kansas, and is employed as a Corrections Counselor at Hutchinson Correctional Facility. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes

As CCI, Defendant Smith has a duty to assist residents of HCF in the redress of their grievances.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

   A) (1) Count I: Deliberate Indifference in violation of my Eighth Amendment right to the United States Constitution.

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): Defendants Schnurr, Kroeker, Allen and Bell, according to their relative offices, each have the duty and responsibility to provide for the safety and security of HCF and residents which they indifferently failed to do when they approved inmate Dawson Slater's return to gen. pop. after stabbing 2 other inmates

   B) (1) Count II: The state tort claim of negligence

   (2) Supporting Facts: The above named defendants negligently failed in their duty to provide for the safety and security of the plaintiff when they released Dawson Slater back into gen. pop. after stabbing two other inmates within a two month period.

C) (1) Count III: <u>Denial of Due Process and interference with right to redress grievances under the First and Fourteenth amendments to the United States Constitution</u>

(2) Supporting Facts: <u>Defendants Smith and Gillespie each have the duty to assist inmates in the redress of grievances. They both interferred with and thwarted plaintiffs efforts by not filing or properly submitting plaintiffs grievance attempts</u>

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☑ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Plaintiff attempted several times while at HCF and ECF where he now resides to redress his grievance pursuant to applicable KAR. Each time plaintiff experienced interference and even shakedown and seizure of his papers.

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

A declaration that the acts and omissions violate his rights under the constitution and laws of the U.S.; compensatory damages in the amount of $300,000 against each defendant, jointly and severally; punitive damages in the amount of $100,000 against each defendant, jointly and severally; a jury trial on all issues; recovery of cost in suit; and any additional relief

_____           Patrick E. Martin #55537
Signature of Attorney (if any)              Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)