PATRICK E. MARTIN
Name

P.O. Box 107

ELLSWORTH, KS 67439-0107
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Patrick Eugene Martin Plaintiff
(Full Name)

v.

DAN SCHNUR, WARDEN; JEREMY BELL, MAJOR;

MISTY KROEKER, DEP. WARDEN; Defendant(s)

ELIZABETH ALLEN, EAI SAS

CASE NO. 25-3049-JWL
(To be supplied by the Clerk)

AMENDED
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) PATRICK EUGENE MARTIN, is a citizen of KANSAS
(Plaintiff)                                           (State)

who presently resides at ELLSWORTH CORRECTIONAL FACILITY
(Mailing address or place of confinement.)

2) Defendant DAN SCHNURR is a citizen of
(Name of first defendant)

HUTCHINSON, KANSAS, and is employed as
(City, State)

WARDEN AT HCF. At the time the
(Position and title, if any)

claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

As warden Dan Schnurr has a specific duty to approve the release of inmates into HCF general population from segregation housing

2)	(continued from page 1)	or their continued placement in long term segregation on Continuous Bad Behavior or Other Security Risk status for violent and disruptive behavior.

3) Defendant **JEREMY BELL** is a citizen of
   (Name of second defendant)

   **HUTCHINSON, KANSAS**, and is employed as
   (City, state)

   **MAJOR / CHIEF OF SECURITY AT HCF**. At the time the
   (Position and title, if any)

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

   As major/chief of security and member of the segregation review board Jeremy Bell has a specific duty to recommend and/or approve either the

   (Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   On march 26, 2023 at approximately 6:05am I was viciously and maliciously stabbed without provocation by inmate Dawson Slater 16 times in my upper back, left shoulder and right leg. In and between the months of January and February of 2023 Dawson Slater had stabbed 2 other inmates on 2 seperate occasions. Although it was known, or should have been known by the defendants that Dawson Slater posed a significant threat to the inmate population after each of his prior stabbings he was released back into HCF

3)      (continued from page 2)      release of inmates into general population from segregaion housing or their continued placement in restrictive housing for violent and disruptive behavior.


4)      Defendant MISTY KROEKER is a citizen of HUTCHINSON, KANSAS, and is employed as DEPUTY WARDEN at HCF. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? YES.

As Deputy Warden and member of the Segregation Review Board Misty Kroeker has a specific duty to to recommend and approve either the release of inmates into general population from segregaion housing or their continued placement in restrictive housing for violent and disruptive behavior.


5)      Defendant ELIZABETH ALLEN is a citizen of HUTCHINSON, KANSAS, and is employed as EAI SAS at HCF. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? YES.

As EAI SAS and member of the Segregation Review Board Elizabeth Allen has a specific duty to investigate all crimes and violent incidents which occur within HCF and to recommend and approve either the release of inmates into general population from segregaion housing or their continued placement in restrictive housing for violent and disruptive behavior.

B. NATURE OF CASE (Continued from page 2)

1)	general population by the defendants. I tried several times to redress my grievance of this issue while at HCF and ECF and each time I was thwarted and obstructed in my efforts.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: <u>DELIBERATE INDIFFERENCE IN VIOLATION OF THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION</u>

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

<u>In and between the months of January and February 2023, Don Schnurr, as warden of HCF, refused to place inmate Dawson Slater on long term segregation after he had stabbed 2 other inmates on 2 seperate occasions, releasing him back into general population which led to the unprovoked</u>

B) (1) Count II: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

1)A)(2)            (continued from page 3)       atttack of plainitiff on March 26, 2023 by Dawson Slater.


(3)     In and between the months of January and February, 2023, Jeremy Bell as Major/Chief of Security of HCF, recommended and approved the realese of Dawson Slater from segregation back into HCF general population twice after stabbing 2 other inmates on 2 seperate occasions. This led to the unprovoked attack of the plaintiff by Dawson Slater on March 26, 2023.


(4)     In and between the months of January and February, 2023, Misty Kroeker, as Deputy warden of HCF, recommended and approved the release of Dawson Slater from segregation back into HCF general population twice after stabbing 2 other inmates on 2 seperate occasions. This led to the unprovoked attack of the plaintiff by Dawson Slater on March 26, 2023.


(5)     In and between the months of January and February, 2023, Elizabeth Allen, as EAI SAS of HCF, recommended and approved the release of Dawson Slater from segregation back into HCF general population twice after stabbing 2 other inmates on 2 seperate occasions. This led to the unprovoked attack of the plaintiff by Dawson Slater on March 26, 2023.

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

_____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

    d) Issues raised _____

_____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [✓] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Plaintiff attempted several times while at HCF and ECF to redress his grievance pursuant to applicable K.A.R. Each time, plaintiff experienced interference, shakedown and seizure of his papers. No resolution resulted.

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

A declaration that the acts and omissions violate his rights under the constitution and laws of the U.S.; compensatory damages in the amount of $300,000 against each defendant, jointly and severally; punitive damages in the amount of $100,000 against each defendant, jointly and severally; a jury trial on all issues; recovery of cost in suit; and any additional relief.

_____          Patur Maul #55537
Signature of Attorney (if any)                Signature of Plaintiff

_____

_____

(Attorney's full address and telephone number)

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                    5