IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PATRICK E. MARTIN,

      **Plaintiff,**

  v.              CASE NO. 25-3049-JWL

DAN SCHNURR, et al.,

      **Defendants.**

**O R D E R**

  This matter is a civil rights action filed under 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Plaintiff alleges that officials at the Hutchinson Correctional Facility in Hutchinson, Kansas, failed to protect him from attack by another inmate in violation of his Eighth Amendment right to be free from cruel and unusual punishment.

  After ordering, receiving, and reviewing a *Martinez* report in this case, the Court entered a Memorandum and Order to Show Cause ("MOSC") (Doc. 17) directing Plaintiff to show cause by October 15, 2025, why this matter should not be dismissed due to the deficiencies set forth. The MOSC stated that if Plaintiff failed within the time allotted to file a response, this action could be dismissed without further notice. (Doc. 17, at 16.) Plaintiff has not filed a response to the MOSC as of the date of this Order.

  Consequently, for the reasons explained in the MOSC, Plaintiff's complaint is dismissed under 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted and for failure to exhaust administrative remedies.

2

**IT IS THEREFORE ORDERED** that this action is dismissed for failure to state a claim upon which relief may be granted and for failure to exhaust.

**IT IS SO ORDERED.**

**Dated October 23, 2025, at Kansas City, Kansas.**

<u>S/   John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**

Case 5:25-cv-03049-JWL   Document 18   Filed 10/23/25   Page 2 of 2