The following e-filing was sent on Oct. 13, 2025 at 5:44pm (1744pm)

Mr Martin is saying you never recieved this & that it is dismissed because you never got this on that date.

   I am resending it you.

      Thank you!

         Miriam Awise
         Librarian
         ECF



Received OCT 27 2025 ECF Library

# E-FILING COVER SHEET

From: Patrick MARTIN

To:

U.S. District Court
District of Kansas

Case Name: Mantlo v Dan Schnurr et al.,

Case Number: 25-3049-JWL

Date of E-filing: 10-13-25

Number of pages excluding this page: 12